**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lawrence SECREASE, a.k.a. Law,**
**Defendant–Appellant.**

**No. 09–12882**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 21, 2009.

E. Bryan Wilson, Terry Flynn, U.S. Attorney's Office, N.D. of Florida, Tallahassee, FL, for Plaintiff–Appellee.

Gwendolyn L. Spivey, Randolph P. Murrell, Federal Defender Office, Tallahassee, FL, for Defendant–Appellant.

Before TJOFLAT, EDMONDSON and HILL, Circuit Judges.

Before TJOFLAT, WILSON and COX, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Lawrence Secrease in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Secrease's convictions and sentences are **AFFIRMED.**